1 Denise Bourgeois Haley
Attorney at Law: 143709
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3 Tel.: (562)868-5886
Fax: (562)868-8868
4 E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Denise M. Fox

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENISE M. FOX, | ) | Case No.: CV 11-1254 RZ |
| Plaintiff, | ) | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~. to Plaintiff.

DATE: March 19, 2012

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ Denise Bourgeois Haley
　　 | _____
4 | Denise Bourgeois Haley
　　 | Attorney for plaintiff Denise M. Fox