1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Denise M. Fox

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE M. FOX, | Case No.: CV 11-1254 RZ |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,100.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded ~~subject to the terms of the Stipulation~~. to Plaintiff.

DATE: March 19, 2012

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ 𝔇enise 𝔅ourgeois ℌaley
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Denise M. Fox

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26